Robert G. MOORE, Petitioner–
Appellant,

v.

UNITED STATES of America; United States Federal Inc.; Kelly Madigan; Grant McDaniel; Judge Emanuel Brown; Judge Marcus Z. Shar; Lawrence Rosenberg; James Scott; Other Two Lawyers Unknown, Respondents–Appellees.

No. 14–6359.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 3, 2014.

Robert G. Moore, Appellant Pro Se.

court. Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert G. Moore appeals the district court's order dismissing his "maritime tort claim" without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. United States*, No. 1:14–cv–00375–JKB (D.Md. Feb. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*